# CONTINUATION CERTIFICATE

Argonaut Insurance Company , Surety upon

a certain Bond No.   SUR0020555

dated effective   October 15, 2015
(MONTH-DAY-YEAR)

on behalf of   Real Goods Energy Tech, Inc. D/B/A Real Goods Solar, Inc.
(PRINCIPAL)

and in favor of   BAL Solar Portfolio I, LLC
(OBLIGEE)   555 California St., 4th Floor, CA5-705-04-01
San Francisco, CA 94104

does hereby continue said bond in force for the further period

beginning on   October 15, 2015
(MONTH-DAY-YEAR)

and ending on   December 31, 2016
(MONTH-DAY-YEAR)

Amount of bond   $623,946.20   Six Hundred Twenty Three Thousand Nine Hundred Forty Six Dollars and 20/100

Description of bond   Final Acceptance Payment & Performance Bond - Williamstown Solar Project

Premium:   $

**PROVIDED:** That this continuation certificate does not create a new obligation and is executed upon the express condition and provision that the Surety's liability under said bond and this and all Continuation Certificates issued in connection therewith shall not be cumulative and that the said Surety's aggregate liability under said bond and this and all such Continuation Certificates on account of all defaults committed during the period (regardless of the number of years) said bond had been and shall be in force, shall not in any event exceed the amount of said bond as hereinbefore set forth.

Signed and dated on   October 14, 2015
(MONTH-DAY-YEAR)

Argonaut Insurance Company

By _____
ATTORNEY-IN-FACT   Sheila J. Montoya

WC-157/EP 5/91

EXHIBIT 2

PRINTED IN U.S.A.