# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. 1:16-cv-02103

**ARGONAUT INSURANCE COMPANY**,

    Plaintiff,

v.

**REAL GOODS ENERGY TECH, INC. d/b/a REAL GOODS SOLAR, INC., GAIAM, INC., and REGRID POWER, INC.**

    Defendants.

---

## ARGONAUT INSURANCE COMPANY'S
## RULE 7.1 CORPORATE DISCLOSURE

---

Plaintiff, Argonaut Insurance Company, ("Plaintiff" or "Argonaut") through its undersigned counsel, submits and herein files its Corporate Disclosure Statement pursuant to Fed.R.Civ.P 7.1 and states as follows:

1. Argonaut is a non-governmental corporate party and is a wholly owned subsidiary of Argo Group International Holdings, Ltd., (AGIHL). AGIHL is publicly traded and has no parent corporation.

2. The Plaintiff, pursuant to Fed.R.Civ.P 7.1, will promptly file a supplemental statement if any of the required information changes.

Respectfully submitted this 18th day of August, 2016.

                THE HUSTEAD LAW FIRM
                    *A Professional Corporation*

*The Original Signature is on File at*
*The Hustead Law Firm, A Professional*
*Corporation*


*s/Patrick Q. Hustead*
Patrick Q. Hustead, Esq.
Connor L. Cantrell, Esq.
4643 South Ulster Street, Suite 1250
Denver, Colorado 80237
Telephone: (303) 721-5000
*Attorneys for Argonaut Insurance Company*


                THE HUSTEAD LAW FIRM
                    *A Professional Corporation*

*The Original Signature is on File at*
*The Hustead Law Firm, A Professional*
*Corporation*


*s/Connor L. Cantrell*
Patrick Q. Hustead, Esq.
Connor L. Cantrell, Esq.
4643 South Ulster Street, Suite 1250
Denver, Colorado 80237
Telephone: (303) 721-5000
*Attorneys for Argonaut Insurance Company*


**Address of the Plaintiff:**
175 East Houston Street
San Antonio, Texas 78205